UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 140 CHARIOT TRAIL, LIMESTONE, ) | |
| GREENE COUNTY, TENNESSEE, ) | |
| PARCEL 006.01 and 006.02 ) | NO. 2:11-CV-332 |
| ) | |
| and ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 1455 OSS WILLIAMS ROAD, LIMESTONE, ) | |
| GREENE COUNTY, TENNESSEE, ) | |
| PARCEL 026.00 ) | |

REPORT AND RECOMMENDATION

In this asset forfeiture suit, Brock Lawson filed a Verified Claim and Answer. Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States submitted interrogatories to Mr. Lawson. Mr. Lawson did not answer within the 21 allotted days as provided by Rule G(6)(b), prompting the United States to file a motion to strike his claim and answer (doc. 34).

Taking into account Mr. Lawson's self-representation, the court filed an order that instructed Mr. Lawson to answer the interrogatories and provide them to AUSA Svolto by October 17, 2014.[1] AUSA Svolto was instructed to advise the court on October 20 if she

---

[1] Doc. 36.

had received Mr. Lawson's responses as ordered by the court.

On October 20, Attorney Svolto filed a notice that she had **not** received answers to the interrogatories.[2]

Striking Mr. Lawson's claim and answer is tantamount to dismissing his claim. Therefore, out of an abundance of caution, the magistrate judge has chosen to utilize the office of a report and recommendation to recommend to the court that the United States' motion to strike (doc. 34) Mr. Lawson's verified claim[3] and his answer[4] be granted.[5]

Respectfully submitted,

                                         s/ Dennis H. Inman
                                       United States Magistrate Judge

---

[2] Doc. 42.

[3] Doc. 21.

[4] Doc. 26.

[5] Any objections to this report and recommendation must be filed within fourteen (14) days of its service or further appeal will be waived. 28 U.S.C. § 636(b)(1).