UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO.: 2:11-CV-332 |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 140 CHARIOT TRAIL, LIMESTONE, | ) | |
| GREENE COUNTY, TENNESSEE, | ) | |
| PARCEL 006.01 AND 006.02 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 1455 OSS WILLIAMS ROAD, LIMESTONE, | ) | |
| GREENE COUNTY, TENNESSEE, | ) | |
| PARCEL 026.00 | ) | |

ORDER

This asset forfeiture suit is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 21, 2014, [Doc. 43]. In that Report and Recommendation, the Magistrate Judge recommends that the United States' Motion to Strike, [Doc. 34], Brock Lawson's Verified Claim, [Doc. 21], and Answer, [Doc. 26], be GRANTED. Mr. Lawson has not filed any objections to this Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 34],

that the United States' motion be GRANTED, and that the Verified Claim and Answer be STRINKEN. The Clerk is DIRECTED to mail Mr. Lawson a copy of this Order.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE